ALLAN MERLE TABOR (CSBN 52846)
Ryan & Tabor

11 Embarcadero West, Suite 130
Oakland, CA 94607-4543
Telephone: 510-444-5350
Fax: 510-444-5359
Email:Ryantabor@sbcglobal.net

*Attorneys for Plaintiff*

MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7181
FAX: (415) 436-6748
Email: victoria.carradero@usdoj.gov

*Attorneys for Federal Defendant*

| | |
|---|---|
| VERNA WASHINGTON, | CASE NO. C 13-02361 KAW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR 90 DAY STAY |
| v. | |
| UNITED STATES OF AMERICA, ET AL, | |
| Defendants. | |

Plaintiff Verna Washington and Federal Defendants, by and through their undersigned counsel, hereby stipulate as follows and request that the Court order the same.

WHEREAS, Plaintiff filed a complaint in this action on May 23, 2013.

WHEREAS, case management activities are scheduled for August 2013 (Dkt NO. 3, Order Setting Initial Case Management Conference and ADR deadlines), as well as the deadline for some of the federal defendants to respond to Plaintiff's complaint.

STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY STAY
C 13-02361 KAW

1

1     WHEREAS, the parties agree that this matter may possibly be resolved without burdening the
2 resources of the Court.

3     ACCORDINGLY, the parties stipulate to a 90 day-stay of this entire action (including any and
4 all current deadlines) while the parties explore possible resolution.  The parties will file a status report
5 with the court and, if the matter is not resolved, propose new case management dates and timeframes to
6 file responsive pleadings to the complaint.

7                                            Respectfully submitted,

9 DATED: July 24, 2013                     _____/S/_____
                                               ALLAN MERLE TABOR
10                                               Attorney for Plaintiff

12                                              MELINDA L. HAAG
13                                              United States Attorney

15 DATED: July 24, 2013                     _____/S/_____
                                             VICTORIA R. CARRADERO
16                                              Assistant United States Attorney
                                             Attorneys for Federal Defendant

18 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

19   This matter, and all case management deadlines, including responses to the complaint, are hereby
20 stayed for a period of 90 days from the date of this order.  The parties are to file a status report with the
21 court by October 30, 2013.

23 DATED: July 24, 2013                     *Kandis Westmore*
                                             HONORABLE KANDIS A. WESTMORE
24                                              United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY STAY
C 13-02361 KAW

2