ALLAN MERLE TABOR (CABN 52846)
Ryan & Tabor

11 Embarcadero West, Suite 130
Oakland, CA 94607-4543
Telephone: 510-444-5350
Fax: 510-444-5359
Email:Ryantabor@sbcglobal.net

Attorneys for Plaintiff

MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 125348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7181
FAX: (415) 436-6748
Victoria.carradero@usdoj.gov

Attorneys for Federal Defendants
The Department of Health and Human Services and
The United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERNA WASHINGTON,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL,<br><br>           Defendants. | CASE NO. C 13-2361 KAW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER** |

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff VERNA B. WASHINGTON and Defendants the UNITED STATES OF AMERICA and the DEPARTMENT OF HEALTH AND HUMAN SERVICES hereby stipulate to dismiss with prejudice the above-captioned action as to all defendants, including all claims that were asserted or could have been asserted therein. Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

DATED: 11/01/13

/s/
VERNA B. WASHINGTON
Plaintiff

RYAN & TABOR

DATED: 11/01/13

/s/
ALLAN M. TABOR
Attorney for Plaintiff

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

DATED: 12/5/13

/s/
CLAIRE DE CHAZAL
Assistant Regional Counsel

MELINDA HAAG
United States Attorney

DATED: 12/4/13

/s/
VICTORIA R. CARRADERO
Assistant United States Attorney
Attorneys for the United States of America and the
Department of Health and Human Services

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
C 13-2361 KAW           2

1 **[~~PROPOSED~~] ORDER**

2 The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with
3 prejudice.

4 **IT IS SO ORDERED.**

7 DATED: 12/09/13 _____
HON. KANDIS A. WESTMORE
8 UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
C 13-2361 KAW                          3