1  ALLAN MERLE TABOR (CABN 52846)
   Ryan & Tabor
2
3     11 Embarcadero West, Suite 130
      Oakland, CA 94607-4543
      Telephone: 510-444-5350
4     Fax: 510-444-5359
      Email:Ryantabor@sbcglobal.net
5
   Attorneys for Plaintiff
6

7  MELINDA HAAG (CABN 132612)
   United States Attorney
8  ALEX G. TSE (CABN 125348)
   Chief, Civil Division
9  VICTORIA R. CARRADERO (CABN 217885)
   Assistant United States Attorney
10
      450 Golden Gate Avenue, Box 36055
11    San Francisco, California 94102-3495
      Telephone: (415) 436-7181
12    FAX: (415) 436-6748
      Victoria.carradero@usdoj.gov
13
   Attorneys for Federal Defendants
14 The Department of Health and Human Services and
   The United States of America
15

16                     UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18                     SAN FRANCISCO DIVISION

19
   VERNA WASHINGTON,                  )   CASE NO. C 13-2361 KAW
20                                    )
           Plaintiff,          )   **STIPULATION OF DISMISSAL WITH**
21                                    )   **PREJUDICE; [~~PROPOSED~~] ORDER**
   v.                                 )
22                                    )
   UNITED STATES OF AMERICA, ET AL,   )
23                                    )
           Defendants.         )
24 ───────────────────────────────────────

25

26

27

28

   STIPULATION OF DISMISSAL; [PROPOSED] ORDER
   C 13-2361 KAW                     1

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff VERNA B. WASHINGTON and Defendants the UNITED STATES OF AMERICA and the DEPARTMENT OF HEALTH AND HUMAN SERVICES hereby stipulate to dismiss with prejudice the above-captioned action as to all defendants, including all claims that were asserted or could have been asserted therein.  Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

DATED:   11/01/13          /s/
                           VERNA B. WASHINGTON
                           Plaintiff

                           RYAN & TABOR

DATED:   11/01/13          /s/
                           ALLAN M. TABOR
                           Attorney for Plaintiff

                           UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

DATED:   12/5/13           /s/
                           CLAIRE DE CHAZAL
                           Assistant Regional Counsel

                           MELINDA HAAG
                           United States Attorney

DATED:   12/4/13           /s/
                           VICTORIA R. CARRADERO
                           Assistant United States Attorney
                           Attorneys for the United States of America and the Department of Health and Human Services

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
C 13-2361 KAW                                       2

1 **[~~PROPOSED~~] ORDER**

2 The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with
3 prejudice.

4 **IT IS SO ORDERED.**

7 DATED: 12/09/13

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
C 13-2361 KAW                          3